■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CARNEY, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered November 30, 1990, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Moissett,* 76 NY2d 909; *People v Seaberg,* 74 NY2d 1). Thompson, J. P., Rosenblatt, Miller and O'Brien, JJ., concur.